# LAW OFFICES OF NOLAN KLEIN, P.A.                  ATTORNEYS & COUNSELORS

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com                                      Nolan Klein, Esq.
                                                     klein@nklegal.com

December 15, 2023

**VIA ECF**
Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007

> **Re:    _Campbell v. Global Fitness, Inc._**
> **_SDNY Case No.: 1:23-cv-02926_**

Dear Judge Rochon,

The parties hereby notify this Court that a settlement has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement, and request thirty (30) days to file a Notice of Dismissal with Prejudice. The parties hereby request that all pending deadlines and/or conferences therefore be adjourned *sine die*.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: _/s/ Nolan K. Klein_
     NOLAN K. KLEIN
     (NK4223)

NKK/amd
cc:  Mars Khaimov, Esq. (via ECF)